IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Case No.: 06-cv-00829-EWN-MEH

NUSIPEPA SHAFER,
SHIRLEY ROBLES,
MARY JANE STANDISH,
SARAH (KOLLMANN) RUMSEY,
KRISTINA GAINES,
CAROLYN BETTLES,
SUZANN JOHNSON,
BARBARA STEVEN, and
DOROTHY DOREY, individually,
and other similarly situated individuals,

  Plaintiffs,

  v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation;
COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation;
TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation; and
LAWYERS TITLE INSURANCE CORPORATION, a Virginia Corporation,

  Defendants.

_____

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
_____

      Having reviewed the Joint Motion to Stay Proceedings, and being fully advised in the premises, the court orders that the motion be, and hereby is, GRANTED.  This matter shall be stayed through and including October 31, 2006, at which time the parties shall file either a motion to dismiss the matter or a status report (jointly or separately).

      Dated: September 26, 2006

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            United States District Judge