**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-cv-00829-EWN-MEH

NUSIPEPA SHAFER,
SHIRLEY ROBLES,
MARY JANE STANDISH,
SARAH (KOLLMANN) RUMSEY,
KRISTINA GAINES,
CAROLYN BETTLES,
SUZANN JOHNSON,
BARBARA STEVEN, AND
DOROTHY DOREY, individually
and other similarly situated individuals,

      Plaintiffs,

v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation,
COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation,
TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation, and
LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation,

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice under

41(a)(1)(ii), FED. R. CIV. P., and being fully advised, this Court

ORDERS that the Motion be, and hereby is, GRANTED. This action is dismissed WITH

PREJUDICE.

Dated this 25th day of October, 2006.

                                          By the Court:
                                          s/ Edward W. Nottingham
                                          United States District Judge